1048

No. 98–6776. ADLER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6780. KING v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–6781. NELSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–6786. WILLIAMS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–6787. THOMAS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–6791. YOSSIF v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–6793. BYERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6795. PEREZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6804. MATTISON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–6805. MARJI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–6807. ASHLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6810. THOMAS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6812. WRIGHT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–266. ANNE ARUNDEL COUNTY v. WEST ET AL. C. A. 4th Cir. Motion of National League of Cities et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 98–568. HILLIARD ET AL., TRUSTEES UNDER TRUST AGREEMENT DATED MAY 5, 1979 v. SHELL WESTERN E & P, INC. C. A. 6th Cir. Certiorari denied. JUSTICE BREYER took no part